427 A.2d 1225

Commonwealth v. Homsher, Jr., Appellant.

Thomas G. Klingensmith, for appellant;  Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.

427 A.2d 1225

Commonwealth v. Hooks, Appellant.

Submitted September 13, 1979.  Harris S. Pasline, Public Defender for appellant;  James J. Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence in the above case is affirmed.

* Judge Donald E. Wieand is sitting by special designation.